1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ORLANDO GARCIA, | Case No. 2:20-cv-02181-JAM-DB |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| SWEET 2017 LLC, a California Limited Liability Company, | **[L.R. 144 (A)]** |
| | Complaint Served: Nov. 21, 2020 |
| Defendants. | Current Response Date: Dec. 14, 2020 |
| | New Response Date: Jan. 13, 2021 |

1  In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Sweet 2017 LLC shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to January 13, 2021.

**IT IS SO ORDERED**

DATED:  December 9, 2020          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  UNITED STATES DISTRICT COURT JUDGE