1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>          Plaintiff,<br><br>     v.<br><br>SWEET 2017 LLC, a California Limited Liability Company,<br><br>          Defendants. | Case No. 2:20-cv-02181-JAM-DB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>**[L.R. 144 (A)]**<br><br>Complaint Served:     Nov. 21, 2020<br>Current Response Date:   Jan. 13, 2021<br>New Response Date:    Feb. 12, 2021 |

In light of the Parties' Stipulation and good cause appearing therefor, the Court hereby GRANTS the Parties' Stipulation and ORDERS that Defendant Sweet 2017 LLC shall have an extension of time of thirty (30) days in which to respond to Plaintiff's Complaint to February 12, 2021.

**IT IS SO ORDERED**

Dated:  January 11, 2021         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE