# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SWEET 2017 LLC, a California Limited Liability Company;<br>,<br><br>　　　　　Defendant. | Case No. 2:20-cv-02181-JAM-DB<br><br>**ORDER GRANTING STIPULATED REQUEST TO CONTINUE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT** |

After consideration of the First Stipulation to Continue Briefing Schedule on Defendant's Motion to Dismiss Amended Complaint filed by Plaintiff Orlando Garcia ("Plaintiff") and Defendant Sweet 2017 LLC ("Defendant") and for good cause showing, the Court hereby GRANTS the Stipulation and ORDERS that Defendant file its Motion to Dismiss Amended Complaint by March 1, 2021, Plaintiff shall file his Opposition to Defendant's Motion by March 31, 2021, and Defendant shall file its Reply in Support of its Motion by April 21, 2021.

**IT IS SO ORDERED.**

DATED: January 27, 2021　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE