UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>SWEET 2017 LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No. 2:20-cv-02181-JAM-DB<br><br>**ORDER GRANTING STIPULATED REQUEST TO PERMIT DEFENDANT TO FILE EXHIBIT 4 TO REQUEST FOR JUDICIAL NOTICE**<br><br>Date:         May 4, 2021<br>Time:        1:30 P.M.<br>Courtroom:  6<br><br>Action Filed:  October 30, 2020 |

1  In light of the Parties' Stipulation and good cause appearing therefor, the Court
2  hereby GRANTS the Parties' Stipulation and ORDERS that Exhibit 4 to Defendant's
3  Request for Judicial Notice in Support of its Motion to Dismiss Plaintiff's First Amended
4  Complaint is accepted for filing.

**IT IS SO ORDERED**

DATED:  April 22, 2021            /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE